No. 02–10509.   HARRELL *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 02–10512.   FOSTER *v.* PAINTER, WARDEN.   C. A. 4th Cir. Certiorari denied.

No. 02–10516.   HATFIELD *v.* FOX, WARDEN.   C. A. 4th Cir. Certiorari denied.

No. 02–10552.   KORNAFEL *v.* UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 02–10588.   MERCADO *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–10591.   EDMONSON *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 02–10592.   ERNESTO CRUZ *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 02–10597.   PEARL *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 02–10598.   KEEPER *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 02–10599.   MARQUINA *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 02–10604.   WILLIAMS *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–10606.   VIEUX *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 02–10608.   GORMAN *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 02–10609.   HERDER *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 02–10613.   TAYLOR *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 02–10614.   CALIX-ZAPATA *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.